FILED

09/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0369

PARKER NOLAND,

                Appellant,

v.

STATE OF MONTANA, et. al.,

                Appellees,

EVERGREEN DISPOSAL, INC.,

                Appellee-Intervenor.

**ORDER**

Montana Solid Waste Contractors has filed an unopposed motion for leave to file an amicus brief. MSWC proposes to file an amicus brief on or before October 18, 2024. Good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. MSWC's amicus brief shall be due on or before October 18, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2024